ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation,<br><br>　　　　Defendants.<br>_____<br>Edward M. Weinmann, an individual,<br><br>　　　　Counterclaimant,<br>v.<br><br>Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>　　　　Counter-Defendants. | Case No. 2:19-CV-02213-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

　　　Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to amend the Joint Discovery Plan and Scheduling Order

1

pursuant to L.R. 26-3.  Specifically, the parties seek an additional 60 days to submit the pre-trial order.

The requirements of LR 26-3 are established:

1. <u>A statement specifying the discovery completed and a specific description of the discovery that remains to be completed</u> (LR 26-3(a), (b)):

Discovery closed on August 19, 2022.  No further discovery is needed, and the parties do not seek to reopen discovery or otherwise amend the discovery cut-off date.

2. <u>The reasons why the deadline was not satisfied</u> (LR 26-3(c)):

Good cause exists to extend the deadline for submission of the pre-trial order.  The parties are in the process of reviewing and culling from over 10,000 pages of documents produced during discovery and exchanging exhibit lists.  While those efforts have been productive, additional time is necessary due to the significant amount of work involved, the holidays, and the trial schedule of Defendants' counsel.

//

//

//

//

//

//

//

//

//

//

//

//

//

2

3. <u>A proposed schedule for completing all remaining discovery</u> (LR 26-3(d)):

| Event | Prior Deadline | Proposed New Deadline |
|---|---|---|
| Initial Disclosures | Friday, January 22, 2021 | N/A |
| Motions to Amend Pleadings | Thursday, April 8, 2021 | N/A |
| Discovery Cut-Off | Friday, August 19, 2022 | N/A |
| Expert Designations | Monday, May 10, 2021 | N/A |
| Rebuttal Expert Designations | Wednesday, June 9, 2021 | N/A |
| Dispositive Motion Deadline | Monday, October 17, 2022 | N/A |
| Pre-Trial Order Deadline | Monday, November 27, 2023 | Friday, January 26, 2024 |

IT IS SO STIPULATED.

Dated:  November 27, 2023                              Dated:  November 27, 2023


/s/   Robert W. Hernquist                              /s/   Rob L. Phillips

ROBERT W. HERNQUIST                                    ROB L. PHILLIPS
HOWARD & HOWARD                                        FISHERBROYLES, LLP

Attorneys for Defendants and                           Attorneys for Plaintiffs and
Counterclamaints                                       Counter-Defendants


//

//

//

//

//

//

3

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the Pre-Trial Order deadline is extended as agreed to by the parties as follows: The deadline to submit the Joint Pre-Trial Order is hereby extended to January 26, 2024.

**IT IS SO ORDERED.**

DATED this \_\_\_11th\_\_\_ day of \_\_\_December_____, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

FisherBroyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

4