ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation,<br><br>Defendants.<br><br>Edward M. Weinmann, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>Counter-Defendants. | Case No. 2:19-CV-02213-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIFTH REQUEST)** |

Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to amend the Joint Discovery Plan and Scheduling Order pursuant to L.R. 26-3. Specifically, the parties seek an additional seven (7) days to submit the pre-trial order.

1

The requirements of LR 26-3 are established:

1. <u>A statement specifying the discovery completed and a specific description of the discovery that remains to be completed</u> (LR 26-3(a), (b)):

Discovery closed on August 19, 2022. No further discovery is needed, and the parties do not seek to reopen discovery or otherwise amend the discovery cut-off date.

2. <u>The reasons why the deadline was not satisfied</u> (LR 26-3(c)):

Good cause exists to extend the deadline for submission of the pre-trial order. Counsel for the parties intended to file the Joint Pretrial Order today but due to their litigation calendars have been unable to finalize their respective exhibit lists and corresponding objections required as part of the Joint Pretrial Order. The balance of the Joint Pretrial Order is near completion such that the modest request of seven (7) days will be sufficient for the exhibits and corresponding objections to be finalized and the Joint Pretrial Order to be filed.

//
//
//
//
//
//
//
//
//
//
//
//
//

3. <u>A proposed schedule for completing all remaining discovery (LR 26-3(d)):</u>

| Event | Prior Deadline | Proposed New Deadline |
|---|---|---|
| Initial Disclosures | Friday, January 22, 2021 | N/A |
| Motions to Amend Pleadings | Thursday, April 8, 2021 | N/A |
| Discovery Cut-Off | Friday, August 19, 2022 | N/A |
| Expert Designations | Monday, May 10, 2021 | N/A |
| Rebuttal Expert Designations | Wednesday, June 9, 2021 | N/A |
| Dispositive Motion Deadline | Monday, October 17, 2022 | N/A |
| Pre-Trial Order Deadline | Wednesday, March 27, 2024 | Wednesday, April 3, 2024 |

IT IS SO STIPULATED.

Dated: March 27, 2024                                   Dated: March 27, 2024


/s/   Robert W. Hernquist                               /s/   Rob L. Phillips

ROBERT W. HERNQUIST                                     ROB L. PHILLIPS
HOWARD & HOWARD                                         FISHERBROYLES, LLP

Attorneys for Defendants and                            Attorneys for Plaintiffs and
Counterclamaints                                        Counter-Defendants

//

//

//

//

//

//

3

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the Pre-Trial Order deadline is extended as agreed to by the parties as follows: The deadline to submit the Joint Pre-Trial Order is hereby extended to April 3, 2024.

**IT IS SO ORDERED.**

DATED this __28th__ day of __March__, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**