ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation, | Case No. 2:19-CV-02213-JCM-DJA |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation, | |
| Defendants. | **(FIRST REQUEST)** |
| Edward M. Weinmann, an individual, | |
| Counterclaimant, | |
| v. | |
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation, | |
| Counter-Defendants. | |

Pursuant to the Court's Minute Order dated August 19, 2024, Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to continue the trial date currently set for October 7, 2024. Specifically, the parties seek to continue the current trial date an additional ninety (90) days until

1

January 2025 or thereafter.

The Parties have concluded discovery but require additional time to prepare trial documents, secure out-of-state witnesses and prepare pre-trial motions. Plaintiffs' counsel just finished a week-long trial in front of Judge Richard Boulware which consumed Plaintiff's counsel's calendar such that additional time is needed for Plaintiff's counsel to prepare for trial in the instant case.

IT IS SO STIPULATED.

Dated: September 10, 2024                          Dated: September 10, 2024

/s/  Robert W. Hernquist                               /s/   Rob L. Phillips

| ROBERT W. HERNQUIST | ROB L. PHILLIPS |
| HOWARD & HOWARD | FISHERBROYLES, LLP |
| Attorneys for Defendants and Counterclamaints | Attorneys for Plaintiffs and Counter-Defendants |

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause Appearing therefore, the current calendar call date of October 2, 2024 and trial date of October 7, 2024 are vacated and the new calendar call and trial date are set forth as follows: The new trial date is **January 27, 2025, at 9:00 a.m.** and the new calendar call date is **January 22, 2025, at 1:30 p.m**.

**IT IS SO ORDERED.**

DATED September 12, 2024.

_____
UNITED STATES DISTRICT JUDGE

2