ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation, | Case No. 2:19-CV-02213-APG-DJA |
| Plaintiff, | |
| v. | |
| Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation, | **JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND TRIAL DATES** |
| Defendants. | |
| Edward M. Weinmann, an individual, | **(SECOND REQUEST)** |
| Counterclaimant, | |
| v. | |
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation, | |
| Counter-Defendants. | |

FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to continue the scheduling conference date and trial date currently set for January 14, 2025 and January 27, 2025, respectively. Specifically, the parties seek to continue the current scheduling conference and trial date ninety (90) days until May 5,

1

FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

1    2025 or as soon thereafter as the Court's calendar allows.

2        The need for the continuance is based on a serious medical event suffered by the wife of

3    Plaintiffs' counsel.  In general, Plaintiffs' counsel's wife suffered an epileptic seizure in late

4    November 2024. (Dec. of Phillips at ¶2).   Unfortunately, as a result of the epileptic seizure,

5    Plaintiffs' counsel's wife lost her memory. (Dec. of Phillips at ¶2).  Due to the prescribed treatment

6    and recovery protocol, Plaintiffs' counsel will be spending a great deal of time and effort to assist

7    his wife over the next few months making competent trial preparation based on the current trial

8    date unrealistic. (Dec. of Phillips at ¶2).

9

10   IT IS SO STIPULATED.

11    Dated:  January 6, 2025                      Dated:  January 6, 2025

12

13    /s/  Robert W. Hernquist                     /s/    Rob L. Phillips

14   ROBERT W. HERNQUIST                          ROB L. PHILLIPS
     HOWARD & HOWARD                              FISHERBROYLES, LLP
15

16    Attorneys for Defendants and                Attorneys for Plaintiffs and
      Counterclamaints                            Counter-Defendants

17

18                                    **ORDER**

19        This Court, having reviewed and considered the Stipulation by the parties, and Good Cause

20   appearing therefore, the current scheduling conference date of January 14, 2025 and trial date of

21   January 27, 2025 are both vacated and the new scheduling conference date and new trial date are

22   set forth as follows:  The new trial date is May 19, 2025 at 9:00 a.m. and the new calendar call

23   date is May 13, 2025 at 9:00 a.m. The new scheduling conference date is April 29, 2025 at 9:00

24   a.m. All in Courtroom 6C.

25

26   **IT IS SO ORDERED.**

27   DATED this 7th day of January, 2025.   _____

28                                          **UNITED STATES JUDGE**

                                            2