1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation,<br><br>    Defendants.<br>────────────────────<br>Edward M. Weinmann, an individual,<br><br>    Counterclaimant,<br><br>v.<br><br>Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>    Counter-Defendants. | Case No. 2:19-CV-02213-APG-DJA<br><br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND TRIAL DATES**<br><br><br>**(THIRD REQUEST)** |

Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to continue the scheduling conference date and trial date currently set for May 13, 2025 and May 19, 2025, respectively.  Specifically, the parties seek to continue the current trial date to one of the Court's trial stacks dated August 11th, September 8th or

1

September 22nd but with the trial itself starting no sooner than August 18, 2025.  The current trial date of May 19, 2025 is 3rd on the trial stack and thus likely to conflict with other hard calendar dates of counsel for the parties.  Counsel for the parties are available on or after August 18, 2025 well into September 2025 such that no conflicts should arise if the case is near top of the respective trial stack.

IT IS SO STIPULATED.

Dated:  April 18, 2025                                    Dated:  April 18, 2025


/s/  Robert W. Hernquist                              /s/     Rob L. Phillips
_____                    _____
ROBERT W. HERNQUIST                            ROB L. PHILLIPS
HOWARD & HOWARD                                 FISHERBROYLES, LLP

Attorneys for Defendants and                     Attorneys for Plaintiffs and
Counterclamaints                                        Counter-Defendants

### ORDER

        This Court, having reviewed and considered the Stipulation by the parties, and Good Cause appearing therefore, the current scheduling conference date of May 13, 2025 and trial date of May 19, 2025 are both vacated and the new scheduling conference date and new trial date are set forth as follows:   The new trial date is September 8, 2025 at 9:00 a.m. and the new calendar call date is September 2, 2025 at 9:00 a.m. scheduling conference date is August 19, 2025 at 9:00 a.m. All in LV Courtroom 6C.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2025.

_____
ANDREW P. GORDON
**CHIEF UNITED STATES JUDGE**

FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518.1239

2