ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation,<br><br>Defendants.<br><br>———————————————<br>Edward M. Weinmann, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>Counter-Defendants. | Case No. 2:19-CV-02213-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to continue the deadline to file Motions in Limine from August 8, 2025 to August 15, 2025. Specifically, the parties seek to continue the deadline to allow them additional time to meet and confer in an effort to resolve evidentiary issues informally.

1

IT IS SO STIPULATED.

Dated: August 6, 2025                                    Dated: August 6, 2025

/s/   Robert W. Hernquist                                /s/   Rob L. Phillips

ROBERT W. HERNQUIST                                      ROB L. PHILLIPS
HOWARD & HOWARD                                          FISHERBROYLES, LLP

Attorneys for Defendants and                             Attorneys for Plaintiffs and
Counterclamaints                                         Counter-Defendants

### ORDER

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause appearing therefore, the deadline to file motions in limine shall be August 15, 2025.

**IT IS SO ORDERED.**

DATED this ___7th_____ day of _____August_____, 2025.

_____
**UNITED STATES JUDGE**

2