ROB L. PHILLIPS
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Counsel for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Edward M. Weinmann, an individual, and Advanced Masonry Consulting Inc., a Florida Corporation,<br><br>　　　　　　Defendants.<br>―――――――――――――――――――<br>Edward M. Weinmann, an individual,<br><br>　　　　　　Counterclaimant,<br>v.<br><br>Dennis R. Miller, an individual, and Omni Block, a Nevada Corporation,<br><br>　　　　　　Counter-Defendants. | Case No. 2:19-CV-02213-APG-DJA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Counter-Defendants, Dennis R. Miller and Omni Block, ("Plaintiffs") and Defendants and Counterclaimants, Edward M. Weinmann and Advanced Masonry Consulting, Inc., ("Defendants") hereby stipulate to continue the deadline to file Oppositions to Motions in Limine from August 29, 2025 to September 5, 2025. Specifically, for the same health-related reasons discussed at the Trial Setting Conference on August 19, 2025 and the basis for the trial

date being continued to November 10, 2025, the parties seek additional time to file Oppositions to the pending Motions in Limine.

IT IS SO STIPULATED.

Dated: August 29, 2025                                          Dated: August 29, 2025

/s/ Robert W. Hernquist                                          /s/   Rob L. Phillips

ROBERT W. HERNQUIST                                ROB L. PHILLIPS
HOWARD & HOWARD                                    FISHERBROYLES, LLP

Attorneys for Defendants and                             Attorneys for Plaintiffs and
Counterclamaints                                                  Counter-Defendants

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and Good Cause appearing therefore, the deadline to file Oppositions to Motions in Limine shall be September 5, 2025.

IT IS SO ORDERED:

Dated: September 2, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2