UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS R. MILLER, et al., | Case No.: 2:19-cv-02213-APG-DJA |
| Plaintiffs | **Order to Produce Exhibits** |
| v. | [ECF No. 101] |
| EDWARD M. WEINMANN, et al., | |
| Defendants | |

Plaintiffs Dennis Miller and Omni Block, Inc. move in limine to exclude evidence of R-value testing reports, the testing results, and lay testimony related to R-values. ECF No. 101. Although the parties discuss certain exhibits, neither party attached those exhibits to their respective filings. It is unclear what those exhibits are and whether they are the only exhibits that concern R-value testing.

I THEREFORE ORDER the plaintiffs to file on CM/ECF the exhibits that are the subject of their motion by September 22, 2025.

DATED this 17th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE