**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS R. MILLER, et al., | Case No.: 2:19-cv-02213-APG-DJA |
| Plaintiffs | **Order Setting Briefing and Hearing Schedule** |
| v. | [ECF No. 118] |
| EDWARD M. WEINMANN, et al., | |
| Defendants | |

I will conduct a hearing on the plaintiffs' motion to continue the trial on **Tuesday, December 16, 2025 at 2:30 p.m.** Counsel wishing to appear by Zoom must contact my courtroom deputy clerk, Melissa Johansen, for connection details.  Any opposition to the motion will be filed by 10:00 a.m. on Tuesday, December 16, 2025.

DATED this 12th day of December, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE