# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DENNIS R. MILLER, et al.,

    Plaintiffs

v.

EDWARD M. WEINMANN, et al.,

    Defendants

Case No.: 2:19-cv-02213-APG-DJA

**Order Directing Entry of Judgment**

Plaintiffs Dennis R. Miller and Omni Block, Inc. (together, Plaintiffs) filed their First Amended Complaint on April 7, 2021 alleging the following causes of action: Count I (breach of contract), Count II (breach of the implied covenant of good faith and fair dealing); Count III (intentional interference with contractual relations); Count IV (trademark infringement under the Lanham Act); Count V (unfair competition under the Lanham Act); Count VI (misappropriation of trade secrets); Count VII (fraud in the inducement); and Count VIII (defamation/slander) (ECF No. 38).

Defendants Edward M. Weinmann and Advanced Masonry Consulting, Inc. (AMC) (together Defendants) answered the First Amended Complaint on April 21, 2021 and Weinmann alleged the following Counterclaims: Count I (breach of contract); Count II (breach of the implied covenant of good faith and fair dealing); Count III (intentional interference with contractual relations); and Count IV (fraud) (ECF No. 39) (collectively, the Counterclaims).

On October 17, 2022, Defendants moved for summary judgment on all counts alleged in the First Amended Complaint and Weinmann moved for partial summary judgment on Count I of the Counterclaims.

August 23, 2023, the court entered an order: (a) granting Defendants' motion for summary judgment as to Counts I, II, III, VI, VII, and VIII of the First Amended Complaint; (b) denying Defendants' motion for summary judgment as to Counts IV and V of the First Amended Complaint; and (c) granting Weinmann's motion for partial summary judgment as to Count I of the Counterclaims, awarding Weinmann $11,300 against Miller (for Breach of Contract based on allegations of unpaid testing reimbursement).

Between January 12, 2026 and January 15, 2026, I conducted a jury trial on Counts IV and V of the First Amended Complaint and on Count I of the Counterclaims. Weinmann abandoned Counts II, III and IV of the Counterclaim.

On January 15, 2026, the jury returned a verdict in favor of Defendants and against Plaintiffs on Counts IV and V of the First Amended Complaint and in favor of Plaintiffs and against Defendants on the remaining allegations within Count I of the Counterclaims (Breach of Contract based on allegations of unpaid commissions).

I THEREFORE ORDER that Counts II, III and IV of the Counterclaims are dismissed with prejudice.

I FURTHER ORDER the Clerk of the Court to enter judgment in favor of Defendants and against Plaintiffs on Counts I, II, III, IV, V, VI, VII, and VIII of the First Amended Complaint, and to enter judgment in favor of Weinmann and against Miller on Count I of the Counterclaims in the amount of $11,400.

DATED this 30th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2